NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of P.W., a child.

_____

A.W.,

              Appellant,

v.

DEPARTMENT OF CHILDREN and
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

              Appellees.

_____

Case No.   2D19-2025

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Manatee
County; Teresa K. Dees, Judge.

Laurie Blanton of Blanton Law, P.A., Venice,
for Appellant.

Meredith K. Hall of Children's Legal
Services, Bradenton, for Appellee
Department of Children and Families.

Thomasina Moore, Statewide Director of
Appeals, and Joanna Summers Brunell,
Appellate Counsel, Tallahassee, for
Appellee Guardian ad Litem Program.


PER CURIAM.

Affirmed.


SILBERMAN, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.